**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RURAL CELLULAR CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>ALLTEL COMMUNICATIONS, LLC,<br><br>        Defendant. | Civil Action No. 08-252 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
<u>DEFENDANT FINANCIAL RECOVERY SERVICES, INC.</u>**

The plaintiff, Rural Cellular Corporation ("RCC"), being a non-governmental corporate party, by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. Pro. 7.1, and states as follows:

RCC is not owned by any parent corporation or by any publicly held corporation.

Dated: May 6, 2008

**STEVENS & LEE, P.C.**

By  */s/ Joseph Grey*
   Joseph Grey (ID 2358)
1105 North Market Street, 7th Floor
Wilmington, DE  19801
Telephone:  (302) 654-5180
Facsimile:  (302) 654-5181
E-Mail: jg@stevenslee.com

Of Counsel:
**MOSS & BARNETT**
Thomas J. Shroyer
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4129
Telephone:  (612) 877-5000
Facsimile:  (612) 877-5999
E-Mail:  ShroyerT@moss-barnett.com

*Attorneys for Plaintiff Rural Cellular Corporation*

SL1 815187v1/103584.00001