AO 440 (Rev. 3/08) Civil Summons

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

RURAL CELLULAR CORPORATION    )
                              )
         Plaintiff            )
                              )
              v.              )   Civil Action No. 08-252
ALLTEL COMMUNICATIONS, LLC    )
                              )
         Defendant            )
_____)

## SUMMONS IN A CIVIL ACTION

**TO:**

Alltel Communications, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, whose name and address are:

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 North Market Street, Seventh Floor
Wilmington, DE 19801

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

Dr. Peter T. Dalleo
CLERK OF COURT

DATE 4/30/08

DEPUTY CLERK'S SIGNATURE

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

SL1 814152v1/103584.00001

AO 440 (Rev. 3/08) Civil Summons

# PROOF OF SERVICE

I declare under penalty of perjury that I served the summons and complaint in this case on
June 2, 2008 @ 10:05 am  by:

    (1) personally delivering a copy of each to the individual at this place,
_____ ; or

    (2) leaving a copy of each at the individual's dwelling place or usual place of abode with _____, who resides there and is of suitable age and discretion; or

X    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is SCOTT LASCALA, SECTION HEAD PROCESS ; or
        AUTHORIZED TO ACCEPT SERVICE FOR CORPORATION TRUST COMPANY, R.A.

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 6/2/2008

_____
Server's signature
ADAM GOLDEN, SPS

_____
Printed Name and Title
D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE 19809
Server's Address

SL1 814152v1/103584.00001