IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RURAL CELLULAR CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>ALLTEL COMMUNICATIONS, LLC,<br><br>            Defendant. | C.A. No. 08-252 (JJF) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, and subject to the approval by the Court, that defendant's time to answer or otherwise respond to the Amended Complaint is extended until August 25, 2008.

| STEVENS & LEE, P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Joseph Grey* | */s/ Thomas C. Grimm* |
| Joseph Grey (#2358)<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE  19801<br>(302) 654-5180<br>jg@stevenslee.com<br>*Attorneys for Plaintiff*<br>*Rural Cellular Corporation* | Jack B. Blumenfeld (#1014)<br>Thomas C. Grimm (#1098)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>tgrimm@mnat.com<br>*Attorneys for Defendant*<br>*Alltel Communications, LLC* |
| OF COUNSEL:<br><br>Thomas J. Shroyer<br>MOSS & BARNETT<br>A Professional Association<br>4800 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-4129<br>(612) 877-5000 | OF COUNSEL:<br><br>Michael B. Carlinsky<br>QUINN EMANUEL URQUHART<br>  OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>(212) 849-7000 |

SO ORDERED:

Dated: _____, 2008      _____
                                  Honorable Joseph J. Farnan, Jr.
                                  United States District Judge

2417998