IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RURAL CELLULAR CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLTEL COMMUNICATIONS, LLC,<br><br>　　　　　　Defendant. | C.A. No. 08-252 (JJF) |

**STIPULATION AND ORDER**

WHEREAS, Plaintiff Rural Cellular Corporation filed an Amended Complaint on June 20, 2008 against Alltel Communications, LLC;

WHEREAS, Plaintiff Rural Cellular Corporation is owned by Verizon Wireless and Verizon is currently considering an acquisition of defendant Alltel Communications, LLC; and

WHERAS, the parties desire to avoid any needless expenditure of their time and money or of the Court's resources;

IT IS HEREBY STIPULATED AND AGREED by the parties, and subject to the approval by the Court, that defendant's time to answer or otherwise respond to the Amended Complaint is extended to and including November 3, 2008.

| | |
|---|---|
| STEVENS & LEE, P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Joseph Grey* | */s/Thomas C. Grimm* |
| Joseph Grey (#2358)<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801<br>(302) 654-5180<br>jg@stevenslee.com<br>*Attorneys for Plaintiff* | Jack B. Blumenfeld (#1014)<br>Thomas C. Grimm (#1098)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tgrimm@mnat.com<br>*Attorneys for Defendant* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Thomas J. Shroyer<br>MOSS & BARNETT<br>A Professional Association<br>4800 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-4129<br>(612) 877-5000 | Michael B. Carlinsky<br>QUINN EMANUEL URQUHART<br>  OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>(212) 849-7000 |

SO ORDERED:

Dated: _____, 2008      _____
                                            The Honorable Joseph J. Farnan, Jr.
                                            United States District Judge

2455261